UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL

| Case No. | CV 00-872 CAS (Cwx) | Date | December 20, 2012 |
|---|---|---|---|
| Title | RAFI M. KHAN V. SHAMROCK PARTNERS, LTD., ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(In Chambers:) ORDER AWARDING ATTORNEYS' FEES**

On September 13, 2012, judgment creditors John E. Schmidt and Shamrock Partners Ltd. ("judgment creditors") filed a motion requesting costs and attorneys' fees incurred in connection with their attempts to enforce the Court's December 7, 2009 order awarding the judgment creditors $29,497.50 in attorneys' fees and $149.55 in costs.

On October 26, 2012, the Court granted the judgment creditors' request for attorneys' fees, but deferred ruling on what amount of attorneys' fees to award and requested that judgement creditors submit time records setting out the work done by their attorneys to enforce the December 7, 2009 order, and evidence that the hourly rate charged by the attorneys is reasonable in the Los Angeles legal community for the type of work performed. Judgment creditors submitted the information requested by the Court on November 5, 2012.

After reviewing the judgment creditors' submission, the Court finds that judgment creditors have incurred an additional $33,797.50 in reasonable attorney's fees in their attempts to enforce the judgment, as well as $253.52 in costs, and therefore awards judgment creditors these fees and costs pursuant to California Code of Civil Procedure §§ 685.040, 1033.5. See Dkt. 764. In total, judgment creditors are now entitled to collect $63,295 in attorney's fees and $403.07 in costs.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |