UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | 2:00-CV-00872CAS(CWx) | Date | October 17, 2013 |
|---|---|---|---|
| Title | RAFI M. KHAN V. SHAMROCK PARTNERS, ET AL. | | |

| Present: The Honorable | Christina A. Snyder | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:

Not Present                                             Not Present

**Proceedings:**     **(In Chambers:)** APPLICATION FOR ORDER FOR SALE OF DWELLING (Dkt. 789, filed September 13, 2013)

On September 13, 2013, judgment creditors filed an application for order for sale of dwelling. Pursuant to California Code of Civil Procedure § 704.770, the Court hereby orders judgment debtor Rafi M. Khan to show cause why an order for sale should not be made in accordance with the application.

Judgment creditors request that the Court set the hearing on their application for November 25, 2013. Normally, the statutory procedure requires that "the time set for hearing shall be not later than 45 days after the application is filed." Cal. Code Civ. P. § 704.770(a). Here, judgment creditors filed their application on September 13, 2013, more than 45 days before their requested hearing date. However, the Court finds good cause pursuant to Cal. Code Civ. P. § 704.770(a) to extend the 45-day hearing deadline, and hereby sets the hearing on judgment creditors' application for sale for **November 25, 2013.** Pursuant to Cal. Code Civ. P. § 704.770(b), "[n]ot later than 30 days before the time set for hearing, the judgment creditor shall . . . [s]erve on the judgment debtor a copy of" this order.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |